# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTONIO ARANT,<br>      Plaintiff,<br>v.<br>DR BRUNNER, et al.,<br>      Defendants. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER: C04-5663JKA |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

✓ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**Defendant's Motion for Summary Judgment against Plaintiff is GRANTED. This action is DISMISSED WITH PREJUDICE.**

November 15, 2005
Date

BRUCE RIFKIN
District Court Executive

s/Kelly A Miller
By Kelly A Miller, Deputy Clerk